UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SHAPLEY and<br><br>JOSEPH ZIEGLER,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　—*against*—<br><br>ABBE LOWELL,<br><br>　　　　　　　　Defendant. | 1:24-cv-02646-RJL |

### DECLARATION OF CHARLES MICHAEL

1. I am a partner with Steptoe LLP, counsel for Defendant Abbe Lowell. I submit this declaration in support of Lowell's motion to dismiss.

2. Attached are true copies of the following exhibits.

| Ex. | Document |
|---|---|
| 1 | Committee on Ways and Means, U.S. House Of Representatives, Interview of Gary A. Shapley, Jr. (May 26, 2023), https://waysandmeans.house.gov/wp-content/uploads/2023/06/Whistleblower-1-Transcript_Redacted.pdf |
| 2 | Committee on Ways and Means, U.S. House Of Representatives, Interview of Joseph Ziegler (June 1, 2023), https://waysandmeans.house.gov/wp-content/uploads/2023/06/Whistleblower-2-Transcript_Redacted.pdf |
| 3 | Devlin Barrett and Perry Stein, *Federal agents see chargeable tax, gun-purchase case against Hunter Biden*, Washington Post (Oct. 6, 2022), https://www.washingtonpost.com/national-security/2022/10/06/hunter-biden-tax-gun-charges/ |
| 4 | Letter from Mark D. Lytle to Chairs and Ranking Members of the Committee on Finance, Committee on the Judiciary, and Committee on Ways and Means, April 19, 2023 |
| 5 | Matt Viser and Jacqueline Alemany, *Whistleblower claims administration is mishandling probe of Biden's son*, Washington Post, April 19, 2023, https://www.washingtonpost.com/politics/2023/04/19/whistleblower-hunter-biden-investigation/ |

| Ex. | Document |
|---|---|
| 6 | Landing Page, Apple Podcasts, John Solomon Reports, *Exclusive: Lawyer for IRS Whistleblower in Hunter Biden case breaks silence*, April 19, 2023, https://podcasts.apple.com/us/podcast/exclusive-lawyer-for-irs-whistleblower-in-hunter-biden/id1495251160?i=1000609705861 |
| 7 | Transcript, John Solomon Reports, *Exclusive: Lawyer for IRS Whistleblower in Hunter Biden case breaks silence*, April 19, 2023, https://podcasts.apple.com/us/podcast/exclusive-lawyer-for-irs-whistleblower-in-hunter-biden/id1495251160?i=1000609705861 |
| 8 | Transcript, CBS News, *Whistleblower may come forward in Hunter Biden tax investigation* (Apr. 20, 2023), https://www.youtube.com/watch?app=desktop&v=nbTTKbQaKA8 |
| 9 | Transcript, Fox News, *IRS whistleblower couldn't live with himself if he stayed quiet: Attorney for whistleblower* (April 20, 2023), https://www.youtube.com/watch?app=desktop&v=EADzW7gAeVw |
| 10 | Letter from Christopher J. Clark to Brad Weinsheimer (Department of Justice), April 21, 2023 (cited in Compl. ¶ 20 as containing "Defamatory Allegation A"). The letter was attached as Exhibit B to the August 14, 2023 letter from Abbe Lowell to Hon. David C. Weiss and others, which was, in turn, an enclosure to the Sept. 14, 2023 letter from Abbe Lowell to the Chairmen of the House Ways and Means Committee. |
| 11 | Declaration of Michael T. Batdorf, March 8, 2024, filed in *United States v. Biden*, 2:23-cr-00599, ECF 42-1 (C.D. Cal.) |
| 12 | Transcript, CBS News, *IRS whistleblower speaks: DOJ "slow-walked" tax probe said to involve Hunter Biden* (May 24, 2023), https://www.cbsnews.com/news/irs-whistleblower-tax-probe-hunter-biden/ |
| 13 | Jim Axelrod, Michael Kaplan, and Andy Bast, *IRS whistleblower speaks: DOJ "slow-walked" tax probe said to involve Hunter Biden*, CBS News, May 24, 2023, https://www.cbsnews.com/news/irs-whistleblower-tax-probe-hunter-biden/ |
| 14 | Press Release, U.S. Dep't of Justice, *Tax and Firearm Charges Filed Against Robert Hunter Biden*, June 20, 2023, https://www.justice.gov/usao-de/pr/tax-and-firearm-charges-filed-against-robert-hunter-biden |
| 15 | House Ways and Means Committee, Executive Session, June 22, 2023, https:/gop-waysandmeans.house.gov/wp-content/uploads/2023/07/HWM-Executive-Session-Transcript_June-22-2023.pdf |
| 16 | Transcript, CBS News, *IRS whistleblower in Hunter Biden probe says he was stopped from pursuing investigative leads into "dad" or the "big guy,"* June 27, 2023, https://www.cbsnews.com/news/hunter-biden-investigation-irs-whistleblower-gary-shapley-says-he-was-stopped-from-pursuing-leads/ |

| Ex. | Document |
|---|---|
| 17 | Jim Axelrod and Andy Bast, *IRS whistleblower in Hunter Biden probe says he was stopped from pursuing investigative leads into "dad" or the "big guy,"* CBS News, June 27, 2023, https://www.cbsnews.com/news/hunter-biden-investigation-irs-whistleblower-gary-shapley-says-he-was-stopped-from-pursuing-leads/ |
| 18 | Transcript, Fox News, *IRS whistleblower says 'most substantive felony charges were left off the table' in Hunter Biden probe*, June 28, 2023, https://www.foxnews.com/politics/irs-whistleblower-says-most-substantive-felony-charges-were-left-off-table-hunter-biden-probe |
| 19 | Brooke Singman, *IRS whistleblower says 'most substantive felony charges were left off the table' in Hunter Biden probe*, Fox News, June 28, 2023, https://www.foxnews.com/politics/irs-whistleblower-says-most-substantive-felony-charges-were-left-off-table-hunter-biden-probe |
| 20 | Transcript, John Solomon Reports, *The IRS Whistleblower unplugged with John Solomon*, June 29, 2023, https://podcasts.apple.com/us/podcast/the-irs-whistleblower-unplugged-with-john-solomon/id1495251160?i=1000618785978 |
| 21 | Transcript, CBS News, *IRS whistleblower in Hunter Biden case says he "felt handcuffed" during 5-year investigation*, July 19, 2023, https://www.cbsnews.com/news/hunter-biden-irs-whistleblower-felt-handcuffed-case-hearing-investigation/ |
| 22 | Catherine Herridge, Michael Kaplan, and Clare Hymes, *IRS whistleblower in Hunter Biden case says he "felt handcuffed" during 5-year investigation*, CBS News, July 19, 2023, https://www.cbsnews.com/news/hunter-biden-irs-whistleblower-felt-handcuffed-case-hearing-investigation/ |
| 23 | Transcript, CNN, *IRS whistleblower speaks out about Hunter Biden probe*, July 20, 2023, https://www.youtube.com/watch?v=8Ea99qxpGwM |
| 24 | Transcript, The Megyn Kelly Show, *IRS Whistleblowers Gary Shapley and Joseph Ziegler Recall "Disappointing" Congressional Hearing*, July 20, 2023, https://www.youtube.com/watch?v=JiYBzCZ0k3E and https://www.youtube.com/watch?v=25nlVxHxCZ0&list=PLxQKTUDVHEbQtKxAgEkw3dV5t5q0B-aAr |
| 25 | Transcript, Fox News, *IRS whistleblower: 'Independent attorney' needed to fully execute Hunter Biden investigation*, July 21, 2023, https://www.foxnews.com/media/irs-whistleblower-willfulness-in-hunter-biden-case-set-his-apart-from-typical-civil-matters |
| 26 | Charles Creitz, *IRS whistleblower: 'Independent attorney' needed to fully execute Hunter Biden investigation*, Fox News, July 21, 2023, https://www.foxnews.com/media/irs-whistleblower-willfulness-in-hunter-biden-case-set-his-apart-from-typical-civil-matters |
| 27 | Transcript, John Solomon Reports, *Lawyer for IRS Whistleblowers says more evidence, documents to be given to Congress in coming weeks*, July 21, 2023, https://podcasts.apple.com/us/podcast/lawyer-for-irs-whistleblowers-says-more-evidence-documents/id1495251160?i=1000621931955 |

| Ex. | Document |
|---|---|
| 28 | Transcript, John Solomon Reports, *IRS Whistleblower Ziegler: Hunter Biden's 'contradicting' statements in autobiography used to prove his tax fraud*, July 24, 2023, https://art19.com/shows/john-solomon-reports/episodes/707ed9fd-610d-45d9-80f6-3f8541a5c4d0 |
| 29 | Transcript, Fox News, *Attorney for IRS whistleblower urges special counsel after Hunter Biden plea deal collapses*, July 26, 2023, https://www.foxnews.com/media/attorney-irs-whistleblower-urges-special-counsel-hunter-biden-plea-deal-collapses |
| 30 | Ashley Carnahan, *Attorney for IRS whistleblower urges special counsel after Hunter Biden plea deal collapses*, Fox News, July 27, 2023, https://www.foxnews.com/media/attorney-irs-whistleblower-urges-special-counsel-hunter-biden-plea-deal-collapses |
| 31 | Transcript, CNN, *IRS Whistleblower calls for Hunter Biden Special Counsel*, July 29, 2023, https://www.cnn.com/videos/politics/2023/07/29/smr-whistleblower-ziegler.cnn |
| 32 | Transcript, Fox News, *Archer's comments add to the evidence against Bidens: Mark Lytle*, July 27, 2023, https://www.foxnews.com/video/6332211268112 |
| 33 | Transcript, Fox News, *Congress needs 'additional investigation' into Biden family business dealings: Gary Shapley*, Aug. 1, 2023, https://www.foxnews.com/video/6332236977112 |
| 34 | Transcript, CNN, *Gary Shapley on The Source with Kaitlan Collins*, Aug. 11, 2023, https://www.youtube.com/watch?v=JAMj6Vq_oXY |
| 35 | Transcript, CNN, Whistleblower reacts to Hunter Biden Special Counsel announcement, Aug. 12, 2023, https://www.cnn.com/videos/politics/2023/08/12/smr-whistleblower-on-hunter-biden-special-counsel.cnn |
| 36 | Letter from Christopher J. Clark to Hon. Michael E. Horowitz (Department of Justice Inspector General), June 29, 2023 (cited in Compl. ¶¶ 23-35 as containing "Defamatory Allegations" B, C, D, E and F). The letter was attached as Exhibit D to the August 14, 2023 letter from Abbe Lowell to Hon. David C. Weiss and others, which was, in turn, an enclosure to the Sept. 14, 2023 letter from Abbe Lowell to the Chairmen of the House Ways and Means Committee. |
| 37 | Letter from Abbe Lowell to Jason Smith, Chairman, House Ways and Means Committee, June 30, 2023, which was an enclosure to the letter from Abbe Lowell to the Chairmen of the House Ways and Means Committee, Sept. 14, 2023 (cited in Comp. ¶ 26 as containing "Defamatory Allegation" G) |
| 38 | Email from IRS Commissioner Danny Werfel to "All Employees" re: Updated Whistleblower Guidance, July 7, 2023, https://waysandmeans.house.gov/event/meeting-on-documents-protected-under-internal-revenue-code-section-6103-3/ (Exhibit 603) |
| 39 | Letter from Abbe Lowell to Hon. David C. Weiss, Special Counsel for the Department of Justice, Aug. 14, 2023 (cited in Comp. ¶ 27 as containing "Defamatory Allegations" H, I, J, and K) |

| Ex. | Document |
|---|---|
| 40 | Letter from Congressmen Jim Jordan, James Comer and Jason Smith to Christopher J. Clark and Abbe Lowell, Sept. 6, 2023 |
| 41 | Letter from Abbe Lowell to Congressmen Jim Jordan, James Comer and Jason Smith, Sept. 14, 2023 (cited in Compl. ¶ 28 as containing "Defamatory Allegation" L) and enclosing the letters containing the remaining "Defamatory Allegations" (A-K)). |
| 42 | Complaint, *Biden v. United States Internal Revenue Service*, 1:23-cv-02711-RC, ECF 1 (Sept. 18, 2023) |
| 43 | Amended Complaint, *Biden v. United States Internal Revenue Service*, 1:23-cv-02711-RC, ECF 15 (Feb. 5, 2024) |
| 44 | Defendant's Partial Motion to Dismiss Amended Complaint, *Biden v. United States Internal Revenue Service*, 1:23-cv-02711-RC, ECF 17 (Feb. 27, 2024) |
| 45 | Indictment, *United States v. Hunter Biden*, No. 2:23-cr-00599-MCS, ECF 1 (C.D. Cal. Dec. 7, 2023) |
| 46 | Brook Singman, *IRS whistleblowers: Hunter Biden indictment is a 'complete vindication' of investigation, allegations*, Fox News, Dec. 8, 2023, https://www.foxnews.com/politics/irs-whistleblowers-hunter-biden-indictment-complete-vindication-investigation-allegations |
| 47 | Letter from 40 Members of Congress to Hon. Merrick B. Garland, Jan. 25, 2023, https://www.lankford.senate.gov/wp-content/uploads/media/doc/dojletterabortionmail.pdf |
| 48 | Ken Bell, *A 'reasonable' case for charging Hillary Clinton*, Miami Herald, July 11, 2016, https://www.miamiherald.com/opinion/article88771747.html |
| 49 | Matthew Whitaker, *I would indict Hillary Clinton: Opposing view*, USA Today, July 5, 2016, https://usatoday.com/story/opinion/2016/07/05/reasonable-indict/86731608/ |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        November 18, 2024

*[signature]*

Charles Michael