# EXHIBIT 8

"Whistleblower may come forward in Hunter Biden tax investigation"

CBS News (Lytle)

April 20, 2023

https://www.youtube.com/watch?v=nbTTKbQaKA8

1

**LANA ZAK:** An attorney for an IRS supervisor is looking to get whistleblower protections for his client, who CBS News has learned is part of the federal investigation into Hunter Biden's tax returns.

**ERROL BARNETT:** That's right, he says his client wants Congress's protection before sharing what he knows, according to a letter obtained by CBS News. The potential whistleblower alleges an investigation he is part of is being influenced by quote "preferential treatment and politics." CBS News chief investigative correspondent Jim Axelrod has more on this.

**MARK LYTLE:** My client wants to come forward to Congress. He's ready to be questioned about what he knows and what he experienced, under the proper legal protections.

**JIM AXELROD:** Attorney Mark Lytle's client is a supervisory special agent at the IRS, who's prepared to tell Congress the investigation he's been working on has been hampered by what he thinks is special treatment.

**MARK LYTLE:** Typical steps that a law enforcement investigator would take were compromised because of political considerations.

**JIM AXELROD:** Lytle wouldn't talk in specifics, declining to identify either his client or the target of the investigation his client helped conduct. Can you identify him?

**MARK LYTLE:** I can't at this stage, Jim.

**JIM AXELROD:** But CBS News has learned the investigation the whistleblower worked on is about Hunter Biden.

**HUNTER BIDEN:** What we're doing is, is being completely cooperative.

**JIM AXELROD:** That was Biden two years ago, after the DOJ opened an investigation into his finances. The FBI collected what it believed was sufficient evidence to charge Biden with tax crimes, and last year sent its findings to the U.S. Attorney in Delaware. Since then, silence. Why can't your client talk to us directly at this point?

**MARK LYTLE:** There are laws that provide protection to whistleblowers, and he has to navigate that.

**JIM AXELROD:** Yesterday, Lytle sent this letter to Congress, claiming his client could provide information that would contradict sworn testimony by a senior political appointee.

**ATTORNEY GENERAL MERRICK GARLAND:** I promise to ensure that he is able to carry out his investigation.

**JIM AXELROD:** CBS News has learned that was Attorney General Merrick Garland, who gave testimony about the Trump-appointed U.S. Attorney in Delaware conducting the Hunter Biden

2

investigation. Lytle says neither he, nor his client, are motivated by politics. Would you find any evidence or allegation of a political agenda?

**MARK LYTLE:** No. To him, the truth is one truth, and he wants to come forward with it.

**JIM AXELROD:** Lytle told us the whistleblower has been with the IRS for more than a decade and has extensive documentation to support his allegations.

**MARK LYTLE:** The things he's been through are very well-documented in emails and other communications with the Department of Justice.

**JIM AXELROD:** If there was a chance that his client could only see his slice of the investigation and not the big picture, and Lytle said there's a chance, but that his client approached his superiors a number of times with his concerns before beginning this process as a whistleblower, and Lana and Errol, I should add that neither the IRS nor the Department of Justice nor lawyers for Hunter Biden would comment.

**LANA ZAK:** Jim, what more can you tell us, if we can't know anything more about the client, the whistleblower, what more can you tell us about his attorney, Mark Lytle?

**JIM AXELROD:** Yeah, so Lytle is a career prosecutor, 25 years or more with the Department of Justice and the SEC. He's now in private practice at Nixon Peabody, a well-known Washington law firm, but this is a guy, he did spend two years detailed by the Department of Justice for the Office of White House Counsel in the Trump White House, but again, a career prosecutor, not a political appointee.

**LANA ZAK:** Alright, Jim Axelrod, always good to have you on. Thanks.

**ERROL BARNETT:** Thanks, Jim.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is, to the best of my knowledge and belief, a true and correct transcription of the indicated URL address.

*Anders Nelson*
Anders Nelson (Nov 15, 2024 14:10 EST)

Anders Nelson
Project Manager
TransPerfect Legal Solutions


November 15, 2024

4