# EXHIBIT 10

# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**CHRISTOPHER J. CLARK**

clark@clarksmithvillazor.com

April 21, 2023

**Via Email**

Brad Weinsheimer
Associate Deputy Attorney General
Department of Justice
950 Pennsylvania Ave., NW, Rm. 4113
Washington, DC 20530

    Re:    Robert Hunter Biden

Dear Mr. Weinsheimer:

As we are sure you are aware, earlier this week, an agent from the IRS leaked information to Congress and the press, apparently in violation of federal law, regarding the investigation of our client, Robert Hunter Biden. Today, someone in the government leaked that we will be meeting with you next week. It is impossible to have a fair process where the government is leaking information regarding its investigation of our client on a daily basis.

We ask that the Department inform us of the steps it is going to undertake to end these pernicious leaks in a case of national interest.

                             Regards,

                             /s/ Christopher J. Clark
                             Christopher J. Clark