UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SHAPLEY and

JOSEPH ZIEGLER,

                Plaintiffs,

    —*against*—

ABBE LOWELL,

                Defendant.

1:24-cv-02646-RJL

**[PROPOSED] ORDER GRANTING
DEFENDANT ABBE LOWELL'S MOTION TO DISMISS**

Upon review and consideration of Defendant Abbe Lowell's Motion to Dismiss, the Complaint, Plaintiffs' opposition to the motion, and all pleadings and papers filed in this action, the Court hereby **GRANTS** Defendant Abbe Lowell's Motion to Dismiss the Complaint, and the same is hereby **DISMISSED**, with prejudice.

    **SO ORDERED**.

Dated:_____

                                                        Hon. Richard J. Leon