IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SHAPLEY and <br><br> JOSEPH ZIEGLER, <br><br>         Plaintiffs, <br><br> v. <br><br> ABBE LOWELL, <br><br>         Defendant. | Civil Action No. 1:24-cv-02646-RJL |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), LCvR 7(b) and (d), and LCvR 16.6, the parties file this Joint Motion for Extension of Deadlines ("Joint Motion"), seeking entry of an order setting an agreed-upon briefing schedule for Defendant Abbe Lowell's ("Defendant") Motion to Dismiss (ECF No. 11). In support of this Joint Motion, the parties state the following:

1. Defendant filed his Motion to Dismiss on November 18, 2024. ECF No. 11.

2. Plaintiffs Gary Shapley and Joseph Ziegler's (collectively, "Plaintiffs") current deadline to file a response in opposition to Defendant's Motion to Dismiss is December 2, 2024.

3. Due to previously scheduled personal and professional conflicts on behalf of Plaintiffs' counsel, Plaintiffs sought Defendant's stipulation to extend the briefing schedule for Defendant's Motion to Dismiss, extending Plaintiffs' response deadline from December 2, 2024 to December 18, 2024. Defendant agreed to Plaintiffs' request.

4. Additionally, based on the holiday and travel schedule of Defendant's counsel, Defendant sought to extend the time to file a reply in support of the Motion to Dismiss to January 17, 2025. Plaintiffs agreed to Defendant's request.

5. These requests are not made for the purpose of unjustified delay.

6. In light of this agreement, Plaintiffs and Defendant respectfully request that the Court enter an order formalizing their agreement and setting the briefing schedule for the Motion to Dismiss as follows:

   a. **Plaintiffs' deadline to file a response in opposition to Defendant's Motion to Dismiss: No later than December 18, 2024**

   b. **Defendant's deadline to file a reply in support of its Motion to Dismiss: No later than January 17, 2025.**

Accordingly, the parties respectfully request that the Court grant the extension sought and extend the briefing deadlines for Defendant's Motion to Dismiss.

Dated: November 25, 2024

**RESPECTFULLY SUBMITTED AND AGREED TO BY:**

| | |
|---|---|
| */s/ Mitchell J. Langberg* | */s/ Michael E. Stoll* |
| Mitchell J. Langberg, Bar No. NV008 | Michael E. Stoll |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | Jason M. Weinstein* |
| 100 N. City Parkway, Suite 1600 | STEPTOE LLP |
| Las Vegas, NV 89106 | 1330 Connecticut Avenue, NW |
| Tel.: 702.382.2101 | Washington, D.C. 20036 |
| mlangberg@bhfs.com | Tel.: 202.429.3000 |
| tchance@bhfs.com | mstoll@steptoe.com |
| | jweinstein@steptoe.com |
| Michael S. Zummer, Bar No. LA0013 | Charles Michael* |
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH | STEPTOE LLP |
| 5500 Prytania St. #524 | 1114 Avenue of the Americas |
| New Orleans, LA 70115 | New York, NY 10036 |
| mzummer@empower.us | cmichael@steptoe.com |
| Tel.: 504.717.5913 | Tel.: 212.506.3900 |
| | *pro hac vice* application pending |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

/s/ *Mitchell J. Langberg*