IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SHAPLEY and <br><br> JOSEPH ZIEGLER, <br><br>     Plaintiffs, <br><br> v. <br><br> ABBE LOWELL, <br><br>     Defendant. | Civil Action No. 1:24-cv-02646-RJL |

**NOTICE OF ERRATA**

Plaintiffs, GARY SHAPLEY ("Shapley") and JOSEPH ZIEGLER ("Ziegler") (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby submit this Notice of Errata to correct an error in Exhibit 1 to Plaintiffs Gary Shapley and Joseph Ziegler's Memorandum of Law in Opposition to Defendant Abbe Lowell's Motion to Dismiss.

In Exhibit 1, under the column entitled, "Additional Factual Allegations," the third item makes reference to "the House Ways & Means Committee." The reference should have been to "the House Judiciary Committee."

Counsel for Plaintiffs apologizes for any inconvenience or confusion to the Court or defense counsel.

32181109

Dated: December 24, 2024

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Mitchell J. Langberg
Mitchell J. Langberg, Bar No. NV008
mlangberg@bhfs.com
Travis F. Chance, Bar No. NV010
tchance@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH

Michael S. Zummer, Bar No. LA0013
mzummer@empowr.us
5500 Prytania St. #524
New Orleans, LA 70115
Telephone: 504.717.5913

*Attorneys for Plaintiffs*

-2-

32181109

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of December, 2024, the **NOTICE OF ERRATA** was electronically field with the Clerk of Court using the Court's CM/ECF system that will automatically send email notification of such filing to all counsel of record:

Michael E. Stoll
Jason M. Weinstein*
STEPTOE LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: 202-429-3000
Facsimile: 202-429-3902
tbarba@steptoe.com
jweinstein@steptoe.com

Charles Michael*
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: 212.506.3900
cmichael@steptoe.com

**pro hac vice* application pending

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Mitchell J. Langberg*

-3-

32181109