IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SHAPLEY and<br><br>JOSEPH ZIEGLER,<br><br>        Plaintiffs,<br><br>    v.<br><br>ABBE LOWELL,<br><br>        Defendant. | Civil Action No. 1:24-cv-02646-RJL |

**JOINT MOTION TO STAY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiffs Gary Shapley and Joseph Ziegler (collectively, "Plaintiffs") along with Defendant Abbe Lowell ("Defendant") request a stay of the briefing schedule for Plaintiffs' Motion for Leave to Amend the Complaint until Defendant's Motion to Dismiss is adjudicated. In support of this Joint Motion, the parties state the following:

1.  Defendant filed his Motion to Dismiss on November 18, 2024. ECF No. 11.

2.  Plaintiffs opposed the Motion to Dismiss on December 18, 2024. ECF No. 16.

3.  As of the date of this filing, Defendant has not yet filed a reply in support of his Motion to Dismiss. His deadline to do so is January 17, 2025. *See* Min. Order, Dec. 4, 2024 (setting an extended briefing schedule on the Motion to Dismiss).

4.  After opposing the Motion to Dismiss, Plaintiffs filed their Motion for Leave to Amend the Complaint. ECF No. 18. Plaintiffs did so to comply with D.C. Circuit precedent. *See IMAPizza, LLC v. At Pizza Ltd.*, 965 F.3d 871, 875–76 (D.C. Cir. 2020) ("As we have held before, such an informal request [for leave to amend a complaint] does not satisfy the requirements of

Local Rules 7 or 15. Though made in writing, [the plaintiff's] request was not a motion, and a copy of the proposed amended complaint was not attached to it.").

5. If the Court denies Defendant's Motion to Dismiss, Plaintiffs' Motion for Leave to Amend the Complaint will become moot. Thus, in the interest of conserving costs and judicial resources, and while each of the parties reserves their arguments with respect to Plaintiffs' Motion for Leave to Amend the Complaint, including Defendant's contention that amendment would be futile, the parties seek to stay the briefing schedule for the Motion for Leave to Amend the Complaint until the Court rules on the Motion to Dismiss.

6. This request is not made for the purpose of unjustified delay.

7. In light of this agreement, Plaintiffs and Defendant respectfully request that the Court enter an order formalizing their agreement as follows:

   a. **The briefing on Plaintiffs' Motion for Leave to Amend the Complaint is stayed.**
   b. **If the Court denies Defendant's Motion to Dismiss, the Motion for Leave to Amend the Complaint will be considered withdrawn.**
   c. **If the Court grants Defendant's Motion to Dismiss, Defendant shall file his opposition to the Motion for Leave to Amend the Complaint no later than two weeks after the entry of the Court's order, and Plaintiffs shall file their reply no later than one week after Defendant files his opposition.**

Accordingly, the parties respectfully request that the Court grant the Joint Motion, staying the briefing schedule on the Motion for Leave to Amend the Complaint until the Motion to Dismiss is resolved.

Dated: January 10, 2025

**RESPECTFULLY SUBMITTED AND AGREED TO BY:**

| */s/ Mitchell J. Langberg* | */s/ Charles Michael* |
|---|---|
| Mitchell J. Langberg, Bar No. NV008 | Charles Michael* |
| Travis F. Chance, Bar No. NV010 | STEPTOE LLP |
| BROWNSTEIN HYATT FARBER | 1114 Avenue of the Americas |
| SCHRECK, LLP | New York, NY 10036 |

2

| | |
|---|---|
| 100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>Tel.: 702.382.2101<br>mlangberg@bhfs.com<br>tchance@bhfs.com<br><br>Michael S. Zummer, Bar No. LA0013<br>EMPOWER OVERSIGHT<br>WHISTLEBLOWERS & RESEARCH<br>5500 Prytania St. #524<br>New Orleans, LA 70115<br>mzummer@empower.us<br>Tel.: 504.717.5913<br><br>*Attorneys for Plaintiffs* | cmichael@steptoe.com<br>Tel.: 212.506.3900<br><br>Michael E. Stoll<br>Jason M. Weinstein*<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Tel.: 202.429.3000<br>mstoll@steptoe.com<br>jweinstein@steptoe.com<br><br>*admitted *pro hac vice*<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of January, 2025, **JOINT MOTION TO STAY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** was electronically filed with the Clerk of Court using the Court's CM/ECF system that will automatically serve notification of such filing and a copy thereof to all counsel of record:

Michael E. Stoll
Jason M. Weinstein
STEPTOE LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: 202-429-3000
Facsimile: 202-429-3902
tbarba@steptoe.com
jweinstein@steptoe.com

Charles Michael
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: 212.506.3900
cmichael@steptoe.com

*Attorneys for Defendant*

                                          */s/ Mitchell J. Langberg*