IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SHAPLEY and JOSEPH ZIEGLER,<br><br>  Plaintiffs,<br><br>v.<br><br>ABBE LOWELL,<br><br>  Defendant. | Civil Action No. 1:24-cv-02646-RJL |

## ORDER
## GRANTING JOINT MOTION TO STAY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

On review and consideration of the parties' Joint Motion to Stay Briefing Schedule on Plaintiffs' Motion for Leave to Amend Complaint ("Joint Motion"), the Court hereby **GRANTS** the Joint Motion and stays the briefing schedule on Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 18) as follows:

d. The briefing on Plaintiffs' Motion for Leave to Amend the Complaint is stayed pending the adjudication of Defendant's Motion to Dismiss (ECF No. 11).

e. If the Court denies Defendant's Motion to Dismiss, the Motion for Leave to Amend the Complaint will be considered withdrawn.

f. If the Court grants Defendant's Motion to Dismiss, Defendant shall file his opposition to the Motion for Leave to Amend the Complaint no later than two weeks after the entry of the Court's order, and Plaintiffs shall file their reply no later than one week after Defendant files his opposition.

**SO ORDERED.**

Dated: 22 January 2025

Hon. Richard J. Leon

1