IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SHAPLEY and

JOSEPH ZIEGLER,

        Plaintiffs,

v.

ABBE LOWELL,

        Defendant.

Civil Action No. 1:24-cv-02646-RJL

**ORDER**

Based on review and consideration of the Parties' Joint Report Pursuant to Local Rule 16.3(c) and Federal Rule of Civil Procedure 26(f) ("Report"), the Court ORDERS as follows:

(1) Discovery in this matter shall be stayed pending a decision on Defendant Abbe Lowell's Motion to Dismiss ("Motion to Dismiss").

(2) The Parties shall submit a proposed discovery plan and scheduling order to the Court at the earliest of:

    a. Fourteen days from the entry of an order denying the Motion to Dismiss; or,

    b. Fourteen days from the filing of an amended complaint, if amendment is ordered by the Court.

(3) Until the Motion to Dismiss is adjudicated and the proposed discovery plan and scheduling order are submitted to the Court, the Court will defer setting the following deadlines:

    a. The deadline for service of initial disclosures;

    b. The deadline for amending the pleadings;

    c. The deadlines for expert disclosures;

    d. The deadline for filing summary judgment motions;

    e. The setting of a pre-trial conference; and,

    f. The setting of a trial date.

**IT IS SO ORDERED.**

Dated: 3/26/25

_____
Hon. Richard J. Leon