IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SHAPLEY and<br><br>JOSEPH ZIEGLER,<br><br>   *Plaintiffs,*<br><br>v.<br><br>ABBE LOWELL,<br><br>   *Defendant.* | Civil Action No. 24-2646 (RJL) |

**ORDER**

October 15th, 2025 [Dkt. #11, 18]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Abbe Lowell's Motion to Dismiss [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that Gary Shapley's and Joseph Ziegler's Motion for Leave to File an Amended Complaint [Dkt. #18] is **DENIED**.

This action is **DISMISSED** with prejudice.

**SO ORDERED**.

_Richard J. Leon_
RICHARD J. LEON
United States District Judge